B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

In re  *A+HC HOLDING, INC.*
    *a  Corporation*
    *aka FARMACIAS EL AMAL*

Case No.  *07-*
Chapter  *7*

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1 *BORSCHOW HOSPITAL & MED. SUP. PO BOX 366211* <br><br>*SAN JUAN      PR 00936-6211* | Phone: *787-767-6910* *Borschow (Drogueria) PO Box 366211 San Juan PR  00936-6211* | *INVENTORY PURCHASES* | | $ *1,246,683.57* |
| 2 *RD TRUJILLO ALTO, L.P. PO BOX 5020 3333 NEW HYDE PARK ROAD NEW HYDE PARK NY 11042-0020* | Phone: *787-999-0674* *RD TRUJILLO ALTO, L.P. PO BOX 5020 3333 NEW HYDE PARK ROAD NEW HYDE PARK NY 11042-0020* | *RENT IN ARREARS* | | $ *255,265.98* |
| 3 *PR ELECTRIC POWER (PREPA) BANKRUPTCY OFFICE PO BOX 364267 San Juan PR  00936-4267* | Phone: *787-289-4489* *PR ELECTRIC POWER (PREPA) BANKRUPTCY OFFICE PO BOX 364267 San Juan PR  00936-4267* | *ELECTRIC POWER SERVICES* | | $ *230,043.28* |
| 4 *R.B. PROPERTIES, CORP. PO BOX 195577 SAN JUAN PR  00919-5577* | Phone: *787-788-4500* *R.B. PROPERTIES, CORP. PO BOX 195577 SAN JUAN PR  00919-5577* | *RENT IN ARREARS* | | $ *200,570.28* |

B4 (Official Form 4) (12/07)

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 5<br>CAPRI, S.E.<br>PO BOX 363148<br>SAN JUAN PR 00936-3148 | Phone: 787-729-0050<br>CAPRI, S.E.<br>PO BOX 363148<br>SAN JUAN PR 00936-3148 | RENT IN ARREARS | | $ 158,360.65 |
| 6<br>SANTA ROSA MALL, LLC<br>PO BOX 78327<br>SAN JUAN PR 00936-8327 | Phone: 787-579-3728<br>SANTA ROSA MALL, LLC<br>PO BOX 78327<br>SAN JUAN PR 00936-8327 | RENT IN ARREARS | | $ 142,921.06 |
| 7<br>ANTONIO ROIG SUCESORES, INC.<br>PO BOX 458<br>Humacao PR 00791 | Phone: 787-852-0404<br>ANTONIO ROIG SUCESORES, INC.<br>PO BOX 458<br>Humacao PR 00791 | RENT IN ARREARS | | $ 136,491.23 |
| 8<br>B & Y WHOLESALE DISTRIBUTORS<br>204 SAN MARCOS AVENUE<br>EL COMANDANTE INDUSTRIAL<br>Carolina PR 00982 | Phone: 787-768-5555<br>B & Y WHOLESALE DISTRIBUTORS<br>204 SAN MARCOS AVENUE<br>EL COMANDANTE INDUSTRIAL<br>Carolina PR 00982 | INVENTORY PURCHASES | | $ 135,385.38 |
| 9<br>P.D.C.M. ASSOCIATES, S.E.<br>PO BOX 195579<br>SAN JUAN PR 00919-5579 | Phone: 787-701-6067<br>P.D.C.M. ASSOCIATES, S.E.<br>PO BOX 195579<br>SAN JUAN PR 00919-5579 | RENT IN ARREARS | | $ 91,171.15 |
| 10<br>OFFICE PARK, INC.<br>65 INFANTERIA NORTE<br>CALLE 1 SUITE 2<br>LAJAS PR 00667 | Phone: 787-808-2000<br>OFFICE PARK, INC.<br>65 INFANTERIA NORTE<br>CALLE 1 SUITE 2<br>LAJAS PR 00667 | RENT IN ARREARS | | $ 90,440.00 |
| 11<br>YABUCOA DEVELOPMENT, S.E.<br>PO BOX 195579<br>SAN JUAN PR 00919-5579 | Phone: 787-701-6067<br>YABUCOA DEVELOPMENT, S.E.<br>PO BOX 195579<br>SAN JUAN PR 00919-5579 | RENT IN ARREARS | | $ 80,332.83 |

B4 (Official Form 4) (12/07)

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 12<br>LA RAMBLA PLAZA, CORP.<br>606 AVENIDA TITO CASTRO<br>SUITE 325<br>Ponce PR 00716-0210 | Phone: 787-840-1313<br>LA RAMBLA PLAZA, CORP.<br>606 AVENIDA TITO CASTRO<br>SUITE 325<br>Ponce PR 00716-0210 | RENT IN ARREARS | | $ 79,834.72 |
| 13<br>VILLA BLANCA PLAZA, LLC<br>PO BOX 362983<br>SAN JUAN PR 00936-2983 | Phone: 787-622-9600<br>VILLA BLANCA PLAZA, LLC<br>PO BOX 362983<br>SAN JUAN PR 00936-2983 | RENT IN ARREARS | | $ 77,564.83 |
| 14<br>STATE INSURANCE FUND CORP.<br>P.O. BOX 365028<br>San Juan PR 00936-5028 | Phone: 787-793-6957<br>STATE INSURANCE FUND CORP.<br>P.O. BOX 365028<br>San Juan PR 00936-5028 | WORKMEN'S COMPENSATION INSURANCE | | $ 74,857.11 |
| 15<br>TOMAX CORPORATION<br>224 SOUTH 200 WEST<br>Salt Lake City UT 84101 | Phone: 1-801-990-0909<br>TOMAX CORPORATION<br>224 SOUTH 200 WEST<br>Salt Lake City UT 84101 | SOFTWARE SUPPORT SERVICES | | $ 66,000.00 |
| 16<br>BAY VIEW PROPERTIES, INC.<br>115 AVENUE BARBOSA - ALTOS<br>Catano PR 00962 | Phone: 787-788-1276<br>BAY VIEW PROPERTIES, INC.<br>115 AVENUE BARBOSA - ALTOS<br>CATANO PR 00962 | RENT IN ARREARS | | $ 56,807.11 |
| 17<br>MARIA P. HERNANDEZ<br>URB. BONNEVILLE VALLEY<br>SAGRADA FAMILIA #36<br>Caguas PR 00725 | Phone:<br>MARIA P. HERNANDEZ<br>URB. BONNEVILLE VALLEY<br>SAGRADA FAMILIA #36<br>Caguas PR 00725 | SUITS - CLAIM FOR UNJUSTIFIED | | $ 35,610.00 |
| 18<br>INTERIORES VAB<br>RR-12 BOX 1145<br>Bayamon PR 00959 | Phone: 787-312-4259<br>INTERIORES VAB<br>RR-12 BOX 1145<br>Bayamon PR 00959 | LEASEHOLD IMPROVEMENTS | | $ 35,000.00 |

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (if Secured Also State Value of Security) |
|---|---|---|---|---|
| 19<br>MUNICIPIO DE SAN JUAN<br>DEPARTAMENTO DE FINANZAS<br>P.O. BOX 70179<br>San Juan PR  00936-8179 | Phone:<br>MUNICIPIO DE SAN JUAN<br>DEPARTAMENTO DE FINANZAS<br>P.O. BOX 70179<br>San Juan PR  00936-8179 | MUNICIPAL TAXES | | $ 22,469.13 |
| 20<br>BPP RETAIL PROPERTIES, LLC<br>PO BOX 71507<br>SAN JUAN PR  00936-8607 | Phone:<br>BPP RETAIL PROPERTIES, LLC<br>PO BOX 71507<br>SAN JUAN PR  00936-8607 | RENT IN ARREARS | | $ 20,142.60 |

B4 (Official Form 4) (12/07)

_____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, _MOHAMMAD YASSIN_____ , _President_____ of the _Corporation_____ named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: _2/24/2011_                Signature _____

                        Name:  _MOHAMMAD YASSIN_
                        Title: _President_